(December 28, 1951.)

ANONYMOUS, Appellant-Respondent, v. ANONYMOUS, Respondent-Appellant. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See ante, p. 746; post, p. 868.]